

# COUNTY OF ERIE

**MARK C. POLONCARZ**
COUNTY EXECUTIVE

JEREMY C. TOTH
ACTING COUNTY ATTORNEY

KRISTEN M. WALDER
SECOND ASSISTANT COUNTY ATTORNEY

DEPARTMENT OF LAW

July 25, 2022

**VIA CM/ECF**
Hon. Geoffrey W. Crawford
United States District Court of Vermont
PO Box 478
Rutland, Vermont 05702-0478

      **Re:**   **Wekenmann, Justin v. Biegasiewicz, et. al.**
              **Our File No.: 31-20180080**
              **Case No.: 1:19-cv-01572**

Dear Judge Crawford:

      This office represents defendants in the above-named matter. I filed a motion to compel plaintiff's discovery responses on June 28, 2022 (Dkt. No. 30). Subsequent to the filing of my motion, plaintiff provided the responses I sought. Accordingly, please allow this to serve as a withdrawal of the pending motion. Please advise if anything further is needed from me. Thank you.

                                      Respectfully submitted,

                                      JEREMY C. TOTH
                                      Acting County Attorney

                                      By _____
                                      Erin E. Molisani
                                      Assistant County Attorney
                                      Direct Dial: (716) 858-2216
                                      E-mail: Erin.Molisani@erie.gov

EEM/lfm
cc:    Steven M. Cohen, Esq., Hogan Willig